Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 North 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICARDO VASQUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL ROBISON; SUSTAIN SCAPE, L.L.C. <br><br> Defendants. | No. <br><br> **COMPLAINT** |

Plaintiff alleges as follows:

### **FIRST CLAIM FOR RELIEF**
(FAIR LABOR STANDARDS ACT)

1. Plaintiff is a resident of Maricopa County, Arizona.

2. Defendant SUSTAIN SCAPE L.C.C. is operating in Maricopa County, Arizona,

3. Defendant MICHAEL ROBISON is a resident of Maricopa, Arizona.

4. Jurisdiction is based upon 29 U.S.C. §216(b).

5. Defendant Robison is personally liable as an "employer" pursuant to 29 U.S.C. §203(b).

6. Plaintiff worked for Defendant Sustain Scape, L.L.C. from approximately 2010 until on or about the first week of June 2015.

7. Plaintiff was not paid overtime, at the rate of one and one-half his hourly rate of pay (minimum wage) for all hours worked in excess of 40 each week.

8. Plaintiff was not exempt under the Fair Labor Standards Act.

9. Plaintiff generally worked 9-9 1/2 hours per day, five days per week.

10. Defendants conduct was willful.

11. Plaintiff is entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

12. Plaintiff is entitled to liquidated damages.

13. Plaintiff is entitled to attorneys fees and costs pursuant to 29 U.S.C. §216(b).

14. Defendants also violated the record keeping requirements of the FLSA.

WHEREFORE Plaintiff requests:

1. Damages for unpaid minimum wages and overtime pay with interest;

2. For liquidated damages;

3. For reasonable attorneys fees and costs incurred herein; and,

4. Such other relief that this Court deems appropriate.

**SECOND CLAIM FOR RELIEF**
(ARIZONA NON-PAYMENT OF WAGES STATUTE)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. The non-payment of overtime, mentioned above, by Defendant Sustain Scape, L.L.C. also constitutes a violation of the Arizona Non-Payment of Wages Act, A.R.S. §23-350, *et seq.*

3. Plaintiff is entitled to triple the unpaid minimum wages pursuant to that statute.

WHEREFORE, Plaintiff requests judgment against Defendants, jointly and severally, as follows:

1. For damages in an amount to be determined at trial;

2. For triple the amount of unpaid wages;

3. For reasonable attorneys fees and costs incurred herein; and,

4. For such other relief as this Court deems appropriate.

DATED this 12th day of June 2015.

>/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff