# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo Vasquez, | No. CV-15-01083-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Robison, et al., | |
| Defendants. | |

Plaintiff having failed to comply with Fed.R.Civ.P. 4(m) and with the Court's Order filed on October 28, 2015 (Doc. 11),

**IT IS HEREBY ORDERED** directing the Clerk of Court to dismiss this action in its entirety, without prejudice.

Dated this 30th day of November, 2015.

Honorable Diane J. Humetewa
United States District Judge